IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 108.58.234.26

**ISP:** Optimum Online
**Physical Location:** Greenwich, CT

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 09/12/2017 21:23:36 | C6807125EBFEB26B6268310AAB17704F749CD1F6 | Emerald Love |
| 08/01/2016 16:42:29 | 8F3161670C4D8DCF30C00CDD389E96FDD73BBFF6 | Bailey Sexy |
| 07/27/2016 20:26:17 | 1F6DE1FA3F2EE1D56C908C08643E46CD474C2128 | Love Is Sexy |
| 05/03/2016 22:31:49 | 70A034939C253667D5FAA7EB749EEACE141BB687 | In Love With Little Caprice |
| 05/03/2016 22:29:14 | 0795957EB77B0C2ECD7C669292F5FD28BC3629CA | Four Way In 4K |
| 05/03/2016 22:26:31 | 47A99D5D93ADB0A0AD477C8D77FCC33CCA08BA5A | Four Ways |
| 04/29/2016 19:25:04 | B6F60A88A1BC79EE26B816E2828A9B6ACE2F82E5 | Luckiest Man Alive |
| 04/17/2016 13:20:20 | 1E4688F8F765F1102B768143C3BD3234C9181037 | Twice The Fun |
| 07/14/2015 21:35:45 | D8D4427EB9E2F44AB159D401855937E2E705C35A | Season of Love |
| 06/25/2015 22:27:17 | E17E8F301F1614E7CFCF8A21875DCB187C63117C | A Deep Awakening |
| 06/24/2015 21:34:14 | 3133E2D7FCAC9A87BDF0D7AC44CDA7F0EBB0EB64 | A Cloudy Hot Day |
| 06/23/2015 17:42:13 | BE684BCE129BDE8827B65645291D7B93F04675F2 | Tiffanys Tight Ass |
| 06/08/2015 18:01:08 | 97F12CBE1DB1BF70D7F511C1494EF57151C8571C | Spur Of The Moment |
| 03/09/2015 22:44:57 | A4C3B3E54CBF5F7E192A34BDB37D0985F1185A3D | Arrest Me |
| 11/18/2014 15:26:35 | C3F2FD8DF237CA09652734C4973BBBB123FF84D7 | Deep Down In Me |
| 09/23/2014 17:49:47 | 224891D6AE15660E96B26B0F8AA9EA72E127FF0B | Paint Me White |
| 09/04/2014 22:01:02 | 93B1F4A417C9F20E117A041C24AAA515497A0CF8 | In the Blind |
| 08/08/2014 20:09:25 | 43D11E11172EA4301068F22EF285B67D83103574 | Any And All For You |
| 07/30/2014 18:22:10 | 8A0A76CBE2EC4309900B74CC1C4D862801E77BE9 | Playing Dress Up |
| 07/30/2014 16:12:58 | 5FFC9E773A877334D0A05A4F88A47A35BD313764 | Sexy In The City |
| 07/30/2014 15:45:19 | C7963FAD2701A043CA2B4DE303242C1F5DF96961 | Drinks For Two |
| 07/30/2014 15:18:05 | CFE2AACABA46B405AD7BCED51EC8CA08779DB15B | Cut Once More Please |

EXHIBIT A

**Total Statutory Claims Against Defendant: 22**

EXHIBIT A

CT51